**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AF HOLDINGS LLC, | ) | |
| | ) | CASE NO.: 1:12-cv-05080 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Suzanne B. Conlon |
| | ) | Magistrate: Geraldine Soat Brown |
| JOHN DOE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO
CONTINUE STATUS HEARING**

Plaintiff AF Holdings LLC hereby files this motion for administrative relief and

respectfully requests that the Court reschedule the status hearing set for August 8, 2012. (ECF

No. 8.) Plaintiff has good cause for this request because Plaintiff's counsel will attending a major

hearing in an unrelated matter and the hearing cannot be rescheduled. (*See* Declaration of Paul

Duffy ¶ 2, attached hereto as Exhibit A). Plaintiff's counsel attempted to have another counsel

attend the out-of-state legal matter, but was unable to find adequate replacement. (*Id.* ¶ 3.) Even

after Plaintiff's counsel's best efforts, Plaintiff will not be able to attend the status hearing set for

August 8, 2012 before this Court. Because Plaintiff's counsel cannot simultaneously attend both

hearings, Plaintiff has good cause for continuance of the status hearing and respectfully requests

that the Court reschedule the status hearing to a future date convenient for the Court.

[intentionally left blank]

1

Respectfully submitted,

AF Holdings LLC

DATED: August 7, 2012

By:     /s/ Paul Duffy
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark St., Suite 3200
        Chicago, IL 60601
        Telephone: (312) 880-9160
        Facsimile: (312) 893-5677
        E-mail: paduffy@wefightpiracy.com
        *Attorney for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 7, 2012, all counsel of record who are

deemed to have consented to electronic service are being served a true and correct copy of the

foregoing document using the Court's CM/ECF system.


/s/ Paul Duffy
Paul Duffy